IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) MARCILLA NICOLE CULTRERA,            )
                                         )
                Plaintiff,               )
                                         )
v.                                       )          Case No. CIV-18-117-RAW
                                         )
(1) THE OKLAHOMA DEPARTMENT OF           )
CORRECTIONS, a Governmental Agency;      )
(2) THE OKMULGEE COUNTY CRIMINAL         )
JUSTICE AUTHORITY, a component of        )
Okmulgee County; and                     )
(3) KELLY WEST, individually and in his  )
Official Capacity with the Oklahoma      )
Department of Corrections,               )
                                         )
                Defendants.              )

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-styled case for Defendant Okmulgee County Criminal Justice Authority.  I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: acg@czwlaw.com

ATTORNEY    FOR    DEFENDANT
OKMULGEE    COUNTY    CRIMINAL
JUSTICE AUTHORITY

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brian L. Mitchell, bmitchell@neuensmitchell.com
Sheila M. Sayne, ssayne@neuensmitchell.com
Michael C. Redman, mredman@neuensmitchell.com
NEUENS MITCHELL BONDS PLLC
2021 South Lewis Avenue, Suite 660
Tulsa, OK 74104
**Attorneys for Plaintiff**

Kevin L. McClure, kevin.mcclure@oag.ok.gov
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
**Attorney for Defendant Kelly West**

Jackie Zamarripa, jackie.zamarripa@oag.ok.gov
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
**Attorney for Defendant Oklahoma Department of Corrections**

s/ Ambre C. Gooch
Ambre C. Gooch