IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARCILLA NICOLE CULTRERA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) THE OKLAHOMA DEPARTMENT OF )<br>CORRECTIONS, a Governmental Agency; )<br>(2) THE OKMULGEE COUNTY CRIMINAL )<br>JUSTICE AUTHORITY, a component of )<br>Okmulgee County; and )<br>(3) KELLY WEST, individually and in his )<br>Official Capacity with the Oklahoma )<br>Department of Corrections, )<br>)<br>Defendants. ) | Case No. CIV-18-117-RAW |

## DEFENDANT OCCJA'S WITNESS LIST

Pursuant to the Court's Scheduling Order (Doc. 26), Defendant Okmulgee County Criminal Justice Authority ("OCCJA"), in the above-styled case submits the following Witness List:

1. Karolina Boulet
   Muskogee County Sheriff's Office
   220 State St
   Muskogee, OK 74401
   Phone: (918) 682-7851
   Is the Jail Administrator for the Muskogee County Detention Center; may testify to refute Plaintiff's claim that she attempted to gain employment at the Muskogee County Sheriff's Office and/or Muskogee County Detention Center

2. Corporate Representative
   National Mortgage Field Services
   P.O. Box 244
   Weston, TX 75097
   Phone: (903) 267-1767
   Is the designated corporate representative for National Mortgage Field Services; may testify to refute Plaintiff's claim that she attempted to gain employment at Mortgage Field Services

3. Steve Dennis
ACME Engineering & Manufacturing Corporation
1820 N. York St
Muskogee, OK 74401
Phone: (918) 684-0593
Is the Human Resources Manager for ACME; may testify to refute Plaintiff's claim that she attempted to gain employment at ACME

4. Kristy Fisher
Arvest Bank
500 Rogers Ave.
Fort Smith, AR 72903
Phone: (479) 573-1471
Is the Subpoena Response Specialist for Arvest Bank; may testify to refute Plaintiff's claim that she attempted to gain employment at Arvest Bank

5. Tobey Hartman
Consolidated Restaurant Operations
12200 Stemmons Fwy. Ste. 100
Dallas, TX 75234
Phone: (972) 888-4222
Is the Director of Human Resources for Consolidated Restaurant Operations; may testify to refute Plaintiff's claim that she attempted to gain employment at the El Chico-Muskogee

6. Myranda Holloway
Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716
Phone: (479) 273-4505
Is the Legal Analyst for Wal-Mart Stores, Inc., Legal Department; may testify to refute Plaintiff's claim that she attempted to gain employment at Wal-Mart

7. Rebecca Hudson
Liberty Credit
25331 IH 10 West #101
San Antonio, TX 78257
Phone: (800) 233-8572
Is the Corporate Secretary/Treasurer for Liberty Credit; may testify to refute Plaintiff's claim that she attempted to gain employment at Liberty Credit

8. Brad W. Kruse
   Kruse & Associates
   8596 E. 101st Street
   Tulsa, OK 74113
   Phone: (918) 251-5982
   Is the Human Resource Director for Kruse and Associates; may testify to refute Plaintiff's claim that she attempted to gain employment at Anish Hotel Group

9. Laura Lefkovits
   Arcon Management Co., LLC
   1918 N 11th Street W
   Muskogee, OK 74401
   Phone: (918) 687-0002
   Is an employee at Acron Management; may testify to refute Plaintiff's claim that she attempted to gain employment at Acron Management

10. Merle Loafman
    Landmark Cancer Center
    913 S. Main Street, Suite 212
    Grapevine, TX 76051
    Phone: (817) 329-4611
    Is the Controller for TVG Capital; may testify to refute Plaintiff's claim that she attempted to gain employment at Landmark Cancer Center

11. Sam McCoy
    c/o Ambre Gooch
    Collins, Zorn & Wagner
    429 NE 50th Street, Second Floor
    OKC, OK 73105
    Phone: (405) 524-2070
    Is the Executive Director for the Okmulgee County Law Enforcement Center; may testify to refute Plaintiff's allegations in this case; may testify regarding his communications with, statements made by, and observations of Plaintiff; may testify regarding the basis for the employment actions and decisions he took or made with respect to the Plaintiff; may testify regarding Plaintiff's job performance and job duties

12. Valerie Medina
    IBC Bank
    P.O. Drawer 1359
    Laredo, TX 78042
    Phone: (956) 722-7611
    Is an employee for IBC Bank; may testify to refute Plaintiff's claim that she attempted to gain employment at IBC Bank

13. Nick Moore
    Consolidated Restaurant Operations
    12200 Stemmons Fwy. Ste. 100
    Dallas, TX 75234
    Phone: (972) 888-4222
    Is the Director of Human Resources for Consolidated Restaurant Operations; may testify to refute Plaintiff's claim that she attempted to gain employment at the El Chico-Muskogee

14. Patricia Morgan
    Chandler Road Donuts
    3425 Chandler Rd
    Muskogee, OK 74403
    Phone: (918) 687-7700
    Is the Bookkeeper for Chandler Road Donuts; may testify to refute Plaintiff's claim that she attempted to gain employment at Chandler Road Donuts

15. Galian Murphy
    c/o Ambre Gooch
    Collins, Zorn & Wagner
    429 NE 50th Street, Second Floor
    OKC, OK 73105
    Phone: (405) 524-2070
    Is the Chief Security Officer for the Okmulgee County Law Enforcement Center; may testify to refute Plaintiff's allegations in this case; may testify regarding his communications with, statements made by, and observations of Plaintiff; may testify regarding the basis for the employment actions and decisions he took or made with respect to the Plaintiff; may testify regarding Plaintiff's job performance and job duties

16. Brandy Nugent
    Brinker International Payroll Co., LP
    6820 LBJ Freeway
    Dallas, TX 75240
    Phone: (972) 770-9047
    Is the Payroll Specialist for Brinker International Payroll Co.; may testify to refute Plaintiff's claim that she attempted to gain employment at Brinker International Payroll

17. Rebecca Oliver
    American Lenders
    2800 W. Broadway
    Muskogee, OK 74401
    Phone: (918) 682-9037 ext. 105
    Is the Branch Manager for American Lenders; may testify to refute Plaintiff's claim that she attempted to gain employment at American Lenders

4

18. Cheryl O'Rourke
    Red River Credit
    357 Jacob St.
    P.O. Box 130
    Timpson, TX 75975
    Phone: (936) 254-1900 ext. 202
    Is the Payroll/HR Manager for Red River Credit; may testify to refute Plaintiff's claim that she attempted to gain employment at Red River Credit

19. Shawnda Pruitt
    c/o Ambre Gooch
    Collins, Zorn & Wagner
    429 NE 50th Street, Second Floor
    OKC, OK 73105
    Phone: (405) 524-2070
    Is a Captain at the Okmulgee County Law Enforcement Center; may testify to refute Plaintiff's allegations in this case; may testify regarding her communications with, statements made by, and observations of Plaintiff; may testify regarding the basis for the employment actions and decisions she took or made with respect to the Plaintiff; may testify regarding Plaintiff's job performance and job duties

20. Machelle Price
    McCall Dental Studio
    2214 Chandler Road
    Muskogee, OK 74403
    Phone: (918) 686-6527
    Is the Office Manager for McCall Dental Studio; may testify to refute Plaintiff's claim that she attempted to gain employment at the McCall Dental Studio

21. Kristen Sampo
    Office Depot, Inc.
    6600 North Military Trail
    Boca Raton, FL 33496
    Phone: (561) 438-4800
    Is the Employment Law Vice President for Office Depot, Inc.; may testify to refute Plaintiff's claim that she attempted to gain employment at Office Depot

22. The Springs
    c/o Gina Cheatham
    4550 Will Rogers Parkway, Suite 380
    Oklahoma City, OK 73108
    Phone: (405) 943-6444
    Is an attorney that represents The Springs; may testify to refute Plaintiff's claim that she attempted to gain employment at The Springs

23. Ron Spears
    c/o Ambre Gooch
    Collins, Zorn & Wagner
    429 NE 50th Street, Second Floor
    OKC, OK 73105
    Phone: (405) 524-2070
    Is the Deputy Warden for the Okmulgee County Law Enforcement Center; may testify to refute Plaintiff's allegations in this case; may testify regarding his communications with, statements made by, and observations of Plaintiff; may testify regarding the basis for the employment actions and decisions he took or made with respect to the Plaintiff; may testify regarding Plaintiff's job performance and job duties

24. Michael D. Shaw
    Muscogee Staffing Solutions, LLC
    717 South 32nd Street, Suite 3
    Muskogee, OK 74401
    Phone: (918) 910-5235
    Is an employee for Muscogee Staffing Solutions, LLC; may testify to refute Plaintiff's claim that she attempted to gain employment at Muscogee Staffing Solutions, LLC

25. Judi Twiggs
    Tinker Federal Credit Union
    P.O. Box 45750
    Tinker Air Force Base, OK 73145
    Phone: (405) 732-0324
    Is paralegal for Tinker Federal Credit Union; may testify to refute Plaintiff's claim that she attempted to gain employment at Tinker Federal Credit Union

26. Kelly West
    c/o Kevin L. McClure
    Oklahoma Attorney General's Office
    313 N.E. 21st Street
    OKC, OK 73105
    Phone: (405) 524-2070
    Is a named Defendant in this case; may testify to refute Plaintiff's allegations in this case

27. Stephanie Whyburn
    Kruse & Associates
    8596 E 101st St H
    Tulsa, OK 74133
    Phone: (918) 251-5982
    Is a Human Resources employee for Kruse & Associates; may testify to refute Plaintiff's claim that she attempted to gain employment at Kruse and Associates

28. Kathy Wilkinson
    Arrowhead Mall
    501 N. Main Street, Suite 99
    Muskogee, OK 74401
    Phone: (918) 683-4100 x 101
    Is the Tenant Service Coordinator for Arrowhead Mall; may testify to refute Plaintiff's claim that she attempted to gain employment at Arrowhead Mall

29. Lisa Zaloudek
    Xpress Wellness Urgent Car
    1710 West Willow
    Enid, OK 73703
    Phone: (580) 210-5925
    Is the Human Resources Director for Xpress Wellness Urgent Care, Hammer Williams Company, and Williams Broadcasting; may testify to refute Plaintiff's claim that she attempted to gain employment at Xpress Wellness Urgent Care

All witnesses listed by Plaintiff and/or co-Defendants.

Plaintiff's medical care providers, to the extent she is seeking damages for physical, mental, emotional, and/or psychological harm.

Plaintiff's mental care providers, to the extent she is seeking damages for physical, mental, emotional, and/or psychological harm.

All records custodians for records objected to on the basis of authenticity.

The list will be supplemented during discovery or as otherwise required by the Federal Rules of Civil Procedure or the Court's Scheduling Order.

    Respectfully submitted,

    s/ Taylor M. Tyler
    Taylor M. Tyler, OBA No. 33291
    Ambre C. Gooch, OBA No. 16586
    COLLINS, ZORN, & WAGNER, P.C.
    429 N.E. 50th Street, Second Floor
    Oklahoma City, OK  73105-1815
    Telephone: (405) 524-2070
    Facsimile: (405) 524-2078
    E-mail: acg@czwlaw.com

ATTORNEY FOR DEFENDANT OKMULGEE COUNTY CRIMINAL JUSTICE AUTHORITY

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brian L. Mitchell, bmitchell@neuensmitchell.net
Sheila M. Sayne, ssayne@neuensmitchell.net
Michael C. Redman, mredman@neuensmitchell.net
NEUENS MITCHELL BONDS PLLC
2021 South Lewis Avenue, Suite 660
Tulsa, OK 74104
***Attorneys for Plaintiff***

Kevin L. McClure, kevin.mcclure@oag.ok.gov
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
***Attorney for Defendant Kelly West***

Jackie Zamarripa, jackie.zamarripa@oag.ok.gov
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
***Attorney for Defendant Oklahoma Department of Corrections***

s/ Taylor M. Tyler
Taylor M. Tyler